STATE OF MINNESOTA | DISTRICT COURT

COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT

---

Jan Fisk,

Plaintiff,

vs.

Transport Clearings Management, L.L.C., and Associates First Capital Corporation,

Defendants.

Civil No. 00-2663 (DWF/AJB)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jan Fisk and Defendant Transport Clearings Management, L.L.C., through their respective attorneys, that all claims of whatsoever nature asserted by Jan Fisk against Transport Clearings Management, L.L.C. may be Dismissed Without Prejudice and without costs to either party. All claims asserted by Jan Fisk against other Defendants are not affected by this Stipulation.

Dated: November 28, 2000

FOLEY & MANSFIELD, P.L.L.P.

By [signature]
Frank A. Dvorak (#25094)
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403
(612) 338-8788
ATTORNEYS FOR DEFENDANT TRANSPORT CLEARINGS MANAGEMENT, L.L.C.

MILLER - O'BRIEN

By [signature]
Nancy J. Miller (#203518)
1208 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402-1529
(612) 333-5831
ATTORNEYS FOR PLAINTIFF JAN FISK

FILED DEC 22 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the Stipulation between Plaintiff Jan Fisk and Defendant Transport Clearings Management, L.L.C., all claims asserted by Plaintiff Jan Fisk against Defendant Transport Clearings Management, L.L.C. are DISMISSED WITHOUT PREJUDICE and without costs to either party.

Let Judgment be entered accordingly forthwith.

Dated: December 22, 2000

BY THE COURT:

Judge of District Court