UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-2663 DWF/AJB

Jan Fisk,

Plaintiff,

vs.

Transport Clearings Management, L.L.C., and Associates First Capital Corporation

Defendants.

and ORDER

STIPULATION TO EXTEND PRE –TRIAL SCHEDULE

**STIPULATION**

WHEREAS, the parties wish to enter into a stipulation pursuant to which the Court shall enter an order extending the expert witness deadline contained in the scheduling order of April 1, 2001;

THEREFORE, to effectuate this intent, the parties to the above-entitled action, through their undersigned counsel, hereby stipulate and agree that upon this Stipulation, without further proceedings, the Court may enter an order with the following terms:

1. Extend the expert witness deadline for plaintiff from April 1, 2001 to June 30, 2001.
2. Extend the expert witness deadline for defendant from May 1, 2001 to July 30, 2001.
3. Extend the expert rebuttal reports from June 1, 2001 to August 30, 2001.
4. The Court retains jurisdiction to enforce the provisions of this Order and to make such arrangements, modifications and additions to this Order as the Court may from time to time deem appropriate.

FILED MAR 29 2001
FRANCIS E. DOSAL, CLERK

Dated: 3-27-01

**MILLER·O'BRIEN**

By: Nancy Miller

Nancy J. Miller (#203518)
1208 Plymouth Building
12 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-5831

**ATTORNEYS FOR PLAINTIFF**

Dated: 3/27/01

**LITTLER MENDELSON**

By: ______

Jeremy D. Sosna, Esq (# 0290233)
Littler Mendelson
Multifoods Tower, Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402
(612) 630-1000

**ATTORNEYS FOR DEFENDANT**

ORDER

Based on the above stipulation between the parties through their respective counsel,

IT IS HEREBY ORDERED that the pre-trial schedule shall be modified in accordance with the above terms.

Dated: 3/28/01

Magistrate Judge Boylan