**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Janet Fisk,

Plaintiff,

v.

Associates First Capital Corporation,

Defendant.

Court No. 00-CV-2663 DWF/AJB

**STIPULATION AND ORDER TO EXTEND THE PRE-TRIAL SCHEDULE**

The parties in the above captioned matter respectfully stipulate and request that the Court enter an order extending its January 23, 2001, Pretrial Scheduling Order (the "Order"). Pursuant to the Order, discovery is scheduled to close on September 1, 2001. The parties request that the Court order that the deadline for completing all discovery is October 1, 2001, and that the deadline for filing dispositive motions is December 3, 2001. The extension of the discovery and dispositive motion deadlines is necessary because, in her August 9, 2001, deposition, plaintiff disclosed a number of previously undisclosed witnesses, making it impossible for discovery to be completed by September 1, 2001. Extending the discovery and dispositive motion deadlines will not result in a delay of the current trial-readiness date of March 1, 2002.

**MILLER-O'BRIEN**

Dated: August 14, 2001.

By: [signature]
Kelly A. Jeanetta (#277204)
1208 Plymouth Building
12 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-5831

**ATTORNEYS FOR PLAINTIFF**

FILED AUG 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**LITTLER MENDELSON, P.C.**

Dated: August 14, 2001.

By: ____________________
Kathryn Mrkonich-Wilson (#283605)
Jeremy D. Sosna (#0290233)
3110 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3720
Telephone: 612/630-1000
Facsimile: 612/630-9626

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Based on the above stipulation between the parties through their respective counsel,

IT IS HEREBY ORDERED that the pretrial schedule shall be modified in accordance with the above terms.

Dated: August 15th, 2001.

____________________
Magistrate Judge Boylan

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500