UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JANET FISK,

Plaintiff,

v.

TRANSPORT CLEARINGS, L.L.C., being sued as Transport Clearings Management, L.L.C., and ASSOCIATES FIRST CAPITAL CORP.,

Defendants.

Civil No. 00-2663 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Nancy Miller, Esq., Miller O'Brien, 1208 Plymouth Building, 12 South 6th Street, Minneapolis, MN 55402, counsel for Plaintiff.

Jeremy Sosna, Esq., and Kathryn Mrkonich, Esq., Littler Mendelson, 33 6th Street South, Suite 3110, Minneapolis, MN 55402-3720, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 8, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR - 8 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______