UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-2663 DWF/AJB

Jan Fisk,

Plaintiff,

vs.

Associates First Capital Corporation

Defendant.

**STIPULATION, ORDER FOR JUDGMENT AND JUDGMENT FOR DISMISSAL**

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto that the above entitled action be, and the same is hereby dismissed with prejudice and on its merits and that the parties shall apply to this Court pursuant to the provisions of this stipulation for an order that judgment be entered in accordance therewith.

Dated: 3/7/02

**MILLER·O'BRIEN**

By: [signature]

Kelly A. Jeanetta (#277204)
1208 Plymouth Building
12 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-5831

**ATTORNEYS FOR PLAINTIFF**

Dated: 3/8/02

**LITTLER MENDELSON**

By: [signature]

Jeremy D. Sosna, Esq.(# 0290233)
Littler Mendelson
Multifoods Tower, Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402
(612) 630-1000

**ATTORNEYS FOR DEFENDANT**

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 11 2002
DEPUTY CLERK ________

**ORDER FOR JUDGMENT**

IT IS HEREBY ORDERED that the above entitled action and all of the claims between the parties as set forth in the pleadings be the same are hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED IN ACCORDANCE WITH THIS ORDER.

Dated this 11th day of March 2002

United States District Judge

**JUDGMENT**

In accordance with the order for judgment entered herein, it is

ORDERED AND DECREED that the above entitled action, including the claims of all of the parties as set forth in their pleadings, be and they are hereby dismissed with prejudice.

WITNESS THE HONORABLE ______________________, United States District Judge, this _____ day of ________________, 2002.

Clerk of Court